Court, Appellate Division, Fourth Department, July 11, 1911.) Action by the Security Life Insurance Company of America against the Sisters of Mercy of the Buffalo Diocese.

PER CURIAM. Judgment and orders affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent.

SELVAGGIO, Appellant, v. SELVAGGIO, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Jennie Selvaggio against Michele Selvaggio. A. G. Morgan, for appellant. J. Weber, for respondent. No opinion. Judgment affirmed. Order filed.

In re SERENBETZ. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of the application of George B. Serenbetz for admission to the bar. No opinion. Application granted.

In re SHAMROTH. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Charles Shamroth, an attorney. No opinion. Reference ordered. Settle order on notice.

SHEINGOLD, Appellant, v. BAER, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Samuel Sheingold against Alfred Baer, etc. No opinion. Motion for reargument denied, without costs. For former opinion see 129 N. Y. Supp. 924.

SIEBOLD v. LANDEKER. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Christian A. Siebold against Adolph H. Landeker. No opinion. Application denied, with $10 costs. Order signed.

SMITH, Respondent, v. SEGUINE, Appellant, et al. (Supreme Court, Appellate Division Second Department. June 29, 1911.) Action by William J. Smith against William A. Seguine, impleaded with John Seguine. No opinion. Judgment and order unanimously affirmed, with costs.

In re SNEDECOR. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) In the matter of the application of John Roe Snedecor, to lay out a highway. etc, No opinion. Motion granted, without costs.

SNOW, Respondent, v. SNOW, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Daniel R. Snow against Dan Snow.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents.

SOUTH BROOKLYN SAVINGS INSTITUTION v. HAMILTON et al. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by the South Brooklyn Savings Institution against Charles Hamilton and others. No opinion. Order of the County Court of Kings county affirmed, with $10 costs and disbursements.

In re SOUTHFIELD BEACH R. CO. (Supreme Court, Appellate Division, Second Department. June 16, 1911.) In the matter of the petition of the Southfield Beach Railroad Company for the condemnation of certain property. No opinion. Order modified, by reducing the compensation of commissioners to $6 per day, and, as so modified, affirmed, without costs.

SPRINGS v. HANOVER NAT. BANK. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Richard A. Springs against the Hanover National Bank. No opinion. Motion to resettle granted to extent stated in order. Order filed. See, also, 130 N. Y. Supp. 87.

STATE BANK, Appellant, v. LEINHARDT et al., Respondents. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by the State Bank against Sigmund Leinhardt and others. W. T. Kohn, for appellant. H. J. Davenport, for respondents. No opinion. Order affirmed, without costs. Order filed.

STEBBINS, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by William W. Stebbins against the Lehigh Valley Railroad Company. No opinion. Case certified to the Fourth department, on account of the inability of the judges qualified to act to agree.

STEINACHER v. SAYLES-ZAHN CO. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Philip C. Steinacher against the Sayles-Zahn Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 130 N. Y. Supp. 29.

STEINHARDT v. DE LACEY. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Annie Steinhardt, as executrix, etc., against Peter De Lacey. No opinion. Motion granted, unless appellant comply with terms stated in order. Order filed.

STEINMAN et al., Respondents, v. CONLON, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Benjamin Steinman and another against Eve K. Conlon. J. H. Marsh, for appellant. A. Rosenthal, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

STERN v. ROBINSON. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Caroline Stern, as execu-